# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.D. | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 20-904 |
| v. | : | |
| | : | |
| BOY SCOUTS OF AMERICA, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 8th day of April 2020, upon consideration of the Notice of Removal, [ECF 1], and the Notice of Commencement of Adversary Proceeding, [ECF 7], filed by Defendant Boy Scouts of America ("BSA"), to which no responsive pleading has been filed, it is hereby **ORDERED** that this matter is **STAYED** pending the resolution by the United States District Court for the District of Delaware ("District of Delaware") of a nationwide transfer of pending personal injury cases against BSA to the District of Delaware.[1]  The parties shall advise this Court of the District of Delaware's decision within fourteen (14) days of said motion's resolution.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In the Notice of Removal, BSA represents that this action "is one of more than 290 similar civil actions currently pending in state and federal courts across the country that assert personal injury tort claims against BSA" arising from the alleged abuse of BSA members. [ECF 1].  BSA further indicates that on February 18, 2020, "the BSA . . . filed a voluntary petition for relief under chapter 11" of the Bankruptcy Code, [*id.*], and that "on March 3, 2020, the BSA filed a motion for an order under 28 U.S.C. §§ 157(b)(5) and 1334(b) fixing venue of the Pending Abuse Actions in the United States District Court for the District of Delaware, (the 'Nationwide Transfer Motion')[.]"  [ECF 7].  In the interest of judicial efficiency and in order to mitigate the risk of inconsistent case administration across districts, this matter is stayed pending the resolution of the Nationwide Transfer Motion by the District of Delaware.